UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com

Attorneys for Nationstar Mortgage LLC

Case No: 22-19232 MBK

Chapter: 13

Judge: Michael B. Kaplan

In Re:

James M. Martin Jr, a/k/a James Morris Martin, Jr., a/k/a James Martin, Jr.
Ashlynn N. Bird a/k/a Ashlynn N Bird, a/k/a Ashlynn Nicole Martin, a/k/a Ashlynn Nicole Bird

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nationstar Mortgage LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 04/13/2023

/s/ *Denise Carlon*
Denise Carlon
13 Apr 2023, 17:45:53, EDT

**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: 3c25436b18ae8be92088cfa838560b70173424dfb027568bf4956c8000f5d882