| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-19232 / MBK**

| | |
|---|---|
| James M. Martin, Jr. | Petition Filed Date: 11/21/2022 |
| Ashlynn N Martin | 341 Hearing Date: 12/22/2022 |
| | Confirmation Date: 02/22/2023 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2023 | $200.00 | 89399810 | 01/30/2023 | $200.00 | 89659500 | 02/13/2023 | $200.00 | 89935130 |
| 02/27/2023 | $200.00 | 90177640 | 03/13/2023 | $229.00 | 90500110 | 03/27/2023 | $230.00 | 90730170 |
| 04/10/2023 | $229.50 | 91016020 | 04/24/2023 | $229.50 | 91252260 | 05/08/2023 | $229.50 | 91545470 |
| 05/22/2023 | $229.50 | 91779500 | 06/05/2023 | $229.00 | 92042380 | 06/20/2023 | $229.50 | 92278120 |
| 07/18/2023 | $229.50 | 92773530 | 07/31/2023 | $229.50 | 92998120 | 08/14/2023 | $229.50 | 93264530 |
| 08/30/2023 | $229.50 | 93465730 | 09/11/2023 | $229.50 | 93726740 | 09/28/2023 | $229.50 | 94012730 |
| 10/12/2023 | $100.00 | 94277160 | 10/20/2023 | $100.00 | 94410710 | 11/06/2023 | $100.00 | 94678010 |
| 11/20/2023 | $100.00 | 94908560 | 12/04/2023 | $100.00 | 95109390 | 12/18/2023 | $100.00 | 95354050 |
| 01/16/2024 | $100.00 | 95826360 | | | | | | |

**Total Receipts for the Period:  $4,712.50    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,112.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | James M. Martin, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | THOMAS G. EGNER<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,727.00 | $3,727.00 | $0.00 |
| 1 | THE HUNTINGTON NATIONAL BANK<br>»»  2019 TOYOTA CAMRY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $5,928.76 | $0.00 | $5,928.76 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ONEMAIN | Unsecured Creditors | $14,918.69 | $34.07 | $14,884.62 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ONEMAIN | Unsecured Creditors | $9,295.66 | $21.23 | $9,274.43 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $6,960.30 | $15.90 | $6,944.40 |
| 6 | LVNV FUNDING LLC<br>»»  SYNCHRONY/TJX | Unsecured Creditors | $3,000.57 | $0.00 | $3,000.57 |
| 7 | LVNV FUNDING LLC<br>»»  SYNCHRONY/AEO | Unsecured Creditors | $364.85 | $0.00 | $364.85 |
| 8 | TD BANK USA NA | Unsecured Creditors | $9,453.37 | $21.59 | $9,431.78 |
| 9 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $7,299.27 | $16.67 | $7,282.60 |
| 10 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $2,965.96 | $0.00 | $2,965.96 |

**Chapter 13 Case No. 22-19232 / MBK**

| 11 | CITIBANK, N.A.<br>»»  MY BEST BUY VISA PLATINUM | Unsecured Creditors | $3,599.99 | $0.00 | $3,599.99 |
| --- | --- | --- | --- | --- | --- |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BJ'S CONSUMER | Unsecured Creditors | $5,158.82 | $0.00 | $5,158.82 |
| 13 | QUANTUM3 GROUP LLC AS AGENT<br>»»  VICTORIAS SECRET UPLCC | Unsecured Creditors | $285.89 | $0.00 | $285.89 |
| 14 | NATIONSTAR MORTGAGE LLC<br>»»  P/242 6TH AVE/1ST MTG | Mortgage Arrears | $576.53 | $576.53 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
| --- | --- | --- | --- |
| Total Receipts: | $5,112.50 | Plan Balance: | $16,742.50  ** |
| Paid to Claims: | $4,412.99 | Current Monthly Payment: | $459.00 |
| Paid to Trustee: | $375.76 | Arrearages: | $1,136.50 |
| Funds on Hand: | $323.75 | Total Plan Base: | $21,855.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.