| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 22-19232 / MBK**

James M. Martin, Jr.
Ashlynn N Martin

Petition Filed Date: 11/21/2022
341 Hearing Date: 12/22/2022
Confirmation Date: 02/22/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2024 | $100.00 | 95826360 | 01/29/2024 | $229.50 | 96018130 | 01/29/2024 | $100.00 | 96018250 |
| 02/12/2024 | $729.50 | 96280970 | 02/26/2024 | $729.50 | 96489830 | 03/11/2024 | $266.00 | 96768870 |
| 03/25/2024 | $229.50 | 97000100 | 04/08/2024 | $229.50 | 97229160 | 04/22/2024 | $229.50 | 97464110 |
| 05/06/2024 | $229.50 | 97697700 | 06/03/2024 | $229.50 | 98116310 | 06/17/2024 | $229.50 | 98359300 |
| 07/01/2024 | $229.50 | 98577810 | 07/15/2024 | $229.50 | 98799500 | 07/29/2024 | $229.50 | 99016110 |
| 08/12/2024 | $229.50 | 99248110 | 08/27/2024 | $229.50 | 99452550 | 09/09/2024 | $229.00 | 99677390 |
| 09/23/2024 | $229.50 | 99888030 | 10/07/2024 | $229.50 | 10013083 | 10/21/2024 | $229.50 | 10033741 |
| 11/04/2024 | $229.50 | 10054169 | 11/18/2024 | $229.50 | 10076126 | 12/16/2024 | $229.50 | 10119268 |

**Total Receipts for the Period:  $6,285.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $11,372.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | James M. Martin, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Thomas G. Egner, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,727.00 | $3,727.00 | $0.00 |
| 1 | THE HUNTINGTON NATIONAL BANK<br>»» 2019 TOYOTA CAMRY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $5,928.76 | $513.57 | $5,415.19 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ONEMAIN | Unsecured Creditors | $14,918.69 | $1,292.31 | $13,626.38 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ONEMAIN | Unsecured Creditors | $9,295.66 | $805.22 | $8,490.44 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $6,960.30 | $602.93 | $6,357.37 |
| 6 | LVNV FUNDING LLC<br>»» SYNCHRONY/TJX | Unsecured Creditors | $3,000.57 | $259.93 | $2,740.64 |
| 7 | LVNV FUNDING LLC<br>»» SYNCHRONY/AEO | Unsecured Creditors | $364.85 | $31.60 | $333.25 |
| 8 | TD BANK USA NA | Unsecured Creditors | $9,453.37 | $818.89 | $8,634.48 |
| 9 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $7,299.27 | $632.29 | $6,666.98 |
| 10 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $2,965.96 | $256.92 | $2,709.04 |
| 11 | CITIBANK, N.A.<br>»» MY BEST BUY VISA PLATINUM | Unsecured Creditors | $3,599.99 | $311.85 | $3,288.14 |

**Chapter 13 Case No. 22-19232 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BJ'S CONSUMER | Unsecured Creditors | $5,158.82 | $446.88 | $4,711.94 |
| 13 | QUANTUM3 GROUP LLC AS AGENT<br>»»  VICTORIAS SECRET UPLCC | Unsecured Creditors | $285.89 | $15.86 | $270.03 |
| 14 | NATIONSTAR MORTGAGE LLC<br>»»  P/242 6TH AVE/1ST MTG | Mortgage Arrears | $576.53 | $576.53 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,372.50 | Plan Balance: | $10,482.50 ** |
| Paid to Claims: | $10,291.78 | Current Monthly Payment: | $459.00 |
| Paid to Trustee: | $793.20 | Arrearages: | $384.50 |
| Funds on Hand: | $287.52 | Total Plan Base: | $21,855.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.