**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for The Huntington National Bank

Case No: 22-19232 MBK

Chapter: 13

Judge: Michael B. Kaplan

In Re:

James M. Martin Jr., aka James Morris Martin, Jr., aka
James Martin, Jr.

Ashlynn N Martin aka Ashlynn N Bird, aka Ashlynn
Nicole Martin, aka Ashlynn Nicole Bird

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of The Huntington National Bank.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 12/05/2025

/s/ *Matthew Fissel*

Matthew Fissel
05 Dec 2025, 10:38:41, EST
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (215) 627-7734
Attorney for Creditor

*new 8/1/15*