UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
The Huntington National Bank

In Re:

James M. Martin, Jr. & Ashlynn N. Martin,

Debtors.

Case No.: 22-19232-MBK

Chapter: 13

Hearing Date: 01/21/2026

Judge: Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 2019 Toyota Camry (Docket # 35)

Date: 01/16/2026

/s/ Denise Carlon
Signature

*rev.8/1/15*