UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor:
The Huntington National Bank

In Re:
James M. Martin Jr., aka James Morris Martin, Jr., aka
James Martin, Jr.
Ashlynn N Martin aka Ashlynn N Bird, aka Ashlynn
Nicole Martin, aka Ashlynn Nicole Bird
Debtors

**Order Filed on February 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 22-19232 MBK

Chapter: 13

Hearing Date: 1/21/2026@ 9 a.m.

Judge: Michael B. Kaplan

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 27, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors:  James M. Martin Jr., aka James Morris Martin, Jr., aka James Martin, Jr. & Ashlynn N Martin
aka Ashlynn N Bird, aka Ashlynn Nicole Martin, aka Ashlynn Nicole Bird
Case No:  22-19232 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR
RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, The Huntington National Bank, Denise Carlon appearing, upon a motion to vacate the automatic stay as to a 2019, Toyota Camry, VIN# 4T1B11HKXKU770294, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Thomas G. Egner, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of January 14, 2026, Debtors are due for the installments due July 16, 2025, through December 16, 2025 for a total default of $2,836.70 (6 x $476.70; less suspense $23.50); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $2,836.70 will be paid over six months by Debtors, in addition to the regular installment payment, remitting $472.79 per month for five months and $472,75 for one month which additional payments shall begin on February 1, 2026 until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular installment payments are to resume January 16, 2026, directly to Secured Creditor outside of the plan; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the regular monthly installment payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $199.00 for filing fees, totaling $549.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.