UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas G. Egner, Esq.

McDowell Law, PC

46 West Main St.

Maple Shade, NJ 08052

Phone: 856-482-5544 / Fax: 856-482-5511

tegner@mcdowelllegal.com

**Order Filed on March 19, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    James M. Martin, Jr.

    Ashlynn N Martin

                      Debtors.

Case No.: 22-19232-MBK

Chapter: 13

Judge: Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

    The relief set forth on the following page is **ORDERED**.

**DATED: March 19, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas G. Egner_____, the applicant, is allowed a fee of $ _____815.00_____ for services rendered and expenses in the amount of $_____8.33_____ for a total of $_____823.33_____ . The allowance is payable:

    ☒  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____561.00_____ per month for __9 remaining__ months to allow for payment of the above fee.

*rev.8/1/15*

2