**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION**

IN RE:

James M. Martin Jr. aka James Morris Martin,
Jr. aka James Martin, Jr.
Ashlynn N. Martin aka Ashlynn N Bird aka
Ashlynn Nicole Martin aka Ashlynn Nicole
Bird

Debtor(s).

Case No. 22-19232-MBK
Chapter 13

## NOTICE OF APPEARANCE

**Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 27th day of March, 2026, to the following:

Thomas G. Egner
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
tegner@mcdowelllegal.com
**Attorney for Debtor(s)**

Albert Russo
CN 4853
Trenton, NJ 08650-4853
docs@russotrustee.com
**Chapter 13 Trustee**

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
**U.S. Trustee**

and by standard first class mail postage prepaid to:

James M. Martin Jr. aka James Morris Martin, Jr. aka James Martin, Jr.
242 6th Avenue
Roebling, NJ 08554

Ashlynn N. Martin aka Ashlynn N Bird aka Ashlynn Nicole Martin aka Ashlynn Nicole Bird
242 6th Avenue
Roebling, NJ 08554
**Debtor(s)**

By:        /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire