STERN & EISENBERG, PC
1120 RT. 73
SUITE 400
MT. LAUREL, NJ 08054
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**Order Filed on May 6, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| In Re: | Chapter 13 |
|---|---|
| James M. Martin Jr. aka James Morris Martin, Jr. aka James Martin, Jr. Ashlynn N. Martin aka Ashlynn N Bird aka Ashlynn Nicole Martin aka Ashlynn Nicole Bird | Case Number: 22-19232-MBK |
| | Hearing: May 6, 2026 @ 9:00 AM |
| | Judge: Michael B. Kaplan |
| Debtor(s) | |

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **_ORDERED._**

**DATED: May 6, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(page 2)
Debtor: James M. Martin Jr. aka James Morris Martin, Jr. aka James Martin, Jr. Ashlynn N. Martin aka
Ashlynn N Bird aka Ashlynn Nicole Martin aka Ashlynn Nicole Bird
Case Number: 22-19232-MBK

 Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

        Upon the Motion of Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC through its
Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code section §
362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause
shown, it is:

        ORDERED that the motion is granted and the stay is terminated to permit the movant to
institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate
jurisdiction to pursue the movant's rights in the following

        ☑       Real Property more fully described as:

        242 6th Ave, Roebling, NJ 08554 -- the "Property".

        It is further ORDERED that the movant, its successors or assignees, may proceed with its rights
and remedies under the terms of the subject mortgage and pursue its state court remedies including, but
not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss
mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu
foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may
take any legal action for enforcement of its right to possession of the Property.

        ☐       Personal Property more fully described as:

        It is further ORDERED that the movant may join the debtor and any trustee appointed in this
case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy
Code.

        It is further ORDERED that the movant shall be permitted to reasonably communicate with
Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable nonbankruptcy law.

        It is further ORDERED that the Trustee is directed to cease making any further distributions to
the Creditor.

        The movant shall serve this order on the debtor, any trustee and any other party who entered an
appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                        Case No. 22-19232-MBK

James M. Martin, Jr.                                                                                  Chapter 13

Ashlynn N Martin

　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                    User: admin                                              Page 1 of 2

Date Rcvd: May 06, 2026                          Form ID: pdf903                                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol           Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                        regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

**Recip ID                         Recipient Name and Address**
db/jdb                    +  James M. Martin, Jr., Ashlynn N Martin, 242 6th Avenue, Roebling, NJ 08554-1306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026                            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

**Name                              Email Address**

Albert Russo
                                         docs@russotrustee.com

Albert Russo
                                         on behalf of Trustee Albert Russo docs@russotrustee.com

Cory Francis Woerner
                                         on behalf of Creditor Nationstar Mortgage LLC cwoerner@raslg.com

Elizabeth L. Wassall
                                         on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

Matthew K. Fissel
                                         on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Matthew K. Fissel
                                         on behalf of Creditor The Huntington National Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2026 | Form ID: pdf903 | Total Noticed: 1 |

Sindi Mncina
        on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

Steven Eisenberg
        on behalf of Creditor Rocket Mortgage  LLC s/b/m Nationstar Mortgage LLC bkecf@sterneisenberg.com,
jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
        on behalf of Creditor Rocket Mortgage  LLC s/b/m Nationstar Mortgage LLC skelly@sterneisenberg.com,
bkecf@sterneisenberg.com

Thomas G. Egner
        on behalf of Debtor James M. Martin  Jr. tegner@mcdowelllegal.com,
tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;egnertr62202@notify.bestcase.com

Thomas G. Egner
        on behalf of Joint Debtor Ashlynn N Martin tegner@mcdowelllegal.com
tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12